So Ordered.

Dated: July 28, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   Mario C. Malacara,   Chapter 13 Proceedings
       Debtor.   Case No. 17-22587-gmh

ORDER GRANTING MOTION FOR RELIEF FROM ORDER DATED JUNE 9, 2022

     On June 9, 2022, the Court entered an order requiring the Debtor to provide the trustee with copies of 2021 state and federal tax returns by June 30, 2022.

     By motion filed on June 29, 2022, the Debtor sought relief from that Order. Having reviewed the motion for relief from order and the entire file in this case, and there being no objection by the Trustee,

     IT IS HEREBY ORDERED: that the Debtor is granted relief from the June 9, 2022 Order and that the Debtor shall provide the Trustee with copies of his 2021 state and federal tax returns by July 21, 2022.

#####

ESSERLAW, LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860